COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of S.L.F., A.D.T., and A.A.T., children

Appellate case number:    01-17-00329-CV

Trial court case number:   2015-43569

Trial court:                          310th District Court of Harris County

Appellant is appealing the trial court's order terminating her parental rights, signed on April 4, 2017.  An appeal from a final order of termination is an accelerated appeal and the notice of appeal must be filed within 20 days from the date the trial court's order is signed.  *See In re K.A.F.*, 160 S.W.3d 923, 924 (Tex. 2005); *see also* TEX. R. APP. P. 26.1(b).

The notice of appeal was filed on April 26, 2017, which is not within the 20-day time period for filing the notice of appeal in an accelerated appeal. *See* TEX. R. APP. P. 26.1(b). However, when the notice of appeal is filed after the deadline but within 15 days after the deadline for filing the notice of appeal, a motion for extension is implied.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant's notice of appeal was filed within this 15-day period, but she must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998).

An order requesting counsel to provide a reasonable explanation for the untimely filing of the notice of appeal issued on June 22, 2017, and counsel has not responded to that order. Accordingly, **unless, within 36 hours of the date of this notice, you respond in writing, providing a reasonable explanation for untimely filing the notice of appeal, your appeal will be dismissed**.  *See* TEX. R. APP. P. 42.3(a), (c). You must respond in writing even if you have previously claimed your notice of appeal was timely filed. If counsel no longer represents appellant, counsel must immediately notify this Court.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                             ☑ Acting individually     ☐ Acting for the Court


Date:  August 7, 2017